BARRY J. PORTMAN
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant RODAS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08-0834 SBA |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **ADVANCING CHANGE OF PLEA AND** |
| v. ) | **SENTENCING DATE** |
| ) | |
| MARIO ROBERTO RODAS, ) | Hearing Date:   May 19, 2009 |
| ) | Requested Date: May 5, 2009 |
| Defendant. ) | |

The above-captioned matter is set on May 19, 2009 for change of plea and sentencing. On February 10, 2009, the parties submitted a proposed Rule 11(c)(1)(C) plea agreement to the Court, and United States Probation was asked to prepare a criminal history presentence report. That presentence report will be submitted to the Court this week. The parties therefore jointly request that the date for entry of plea and sentencing be advanced from May 19, 2009 to May 5, 2009. The assigned United States Probation Officer is available on that date. At the last appearance in this matter, the Court entered an order excluding time between February 10, 2009 and May 19, 2009.

April 21, 2009                                             /s/
                                                      NED SMOCK
                                                Assistant Federal Public Defender

Stip to Advance, CR 08-0834 SBA                 1

April 21, 2009                              /s/
                                   JOSHUA HILL
                                   Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

**ORDER**

Based on the reasons provided in the stipulation of the parties above, IT IS HEREBY ORDERED THAT the change of plea and sentencing hearing date of May 19, 2009 is advanced to May 5, 2009 at 2:00 p.m.

IT IS SO ORDERED.

 4/21/09                                   _Saundra B Armstrong_
Date                               HON. SAUNDRA BROWN ARMSTRONG
                                   United States District Judge

Stip to Advance, CR 08-0834 SBA                    2